No. 655. PINK, SUPERINTENDENT OF INSURANCE, *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Alfred C. Bennett* and *Benjamin Potoker* for petitioner. *Acting*

*Solicitor General Bell, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

